IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02668-BNB

THOMAS JAMES HARRELL,

    Plaintiff,

v.

C/O S. DANIEL, and
LT. T. VIALPANDO,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 6 2010

GREGORY C. LANGHAM
                CLERK

---

ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 16, 2010, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02668-BNB

Thomas James Harrell
Reg No. 17335-056
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/16/10

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk